Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JOSHUA REED

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| JOSHUA REED, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| GOLDSTEIN & ASSOCIATES GROUP, LLC, | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

## **PLAINTIFF'S COMPLAINT**

JOSHUA REED (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against GOLDSTEIN & ASSOCIATES GROUP, LLC (Defendant):

### **INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### **JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in Scottsdale, Arizona.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency that conducts business in Arizona and maintains a business office in Tampa, Florida.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. On or about January 4, 2010, Defendant caused a written correspondence to be delivered to Plaintiff.  (See Exhibit A).

12. Defendant falsely threatened Plaintiff with pending legal action in its January 4, 2010 correspondence by referring to the creditor as "Claimant".  (See Exhibit A).

13. Defendant falsely threatened Plaintiff with pending legal action in its January 4, 2010 correspondence by stating that Defendant had been "retained for legal recommendation." (See Exhibit A).

14. Defendant falsely threatened Plaintiff with pending legal action in its January 4, 2010 correspondence by requesting Plaintiff to contact Defendant if he wished to resolve the underlying debt on a "voluntary basis".  (See Exhibit A).

15. Defendant falsely threatened Plaintiff with pending legal action in its January 4, 2010

- 2 -

correspondence by threatening to make "recommendations on how to proceed" should Plaintiff not quickly resolve the matter.  (See Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff.

   b. Defendant violated *§1692e* of the FDCPA by making false, deceptive, and misleading representations in connection with the debt collection.

   c. Defendant violated *§1692e(5)* of the FDCPA threatening to take legal action against Plaintiff even though Defendant did not intend to take such action.

   d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to file a lawsuit against Plaintiff when Defendant did not intend to do so.

WHEREFORE, Plaintiff, JOSHUA REED, respectfully requests judgment be entered against Defendant, GOLDSTEIN & ASSOCIATES GROUP, LLC, for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Actual damages,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

PLAINTIFF'S COMPLAINT

1
2
3      **DEMAND FOR JURY TRIAL**
4    Plaintiff, JOSHUA REED, demands a jury trial in this cause of action.
5                                    RESPECTFULLY SUBMITTED,
6    DATED:  January 8, 2010         KROHN & MOSS, LTD.
7                                     /s/ Ryan Lee
8                              By: _____
9                                    Ryan Lee
                                      Attorney for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, JOSHUA REED, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JOSHUA REED, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 1/19/10

JOSHUA REED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT A</u>**

PLAINTIFF'S COMPLAINT



**Goldstein & Associates Group, LLC**
Service Defined By Excellence
P.O. Box 48169
Tampa, Florida 33646
Phone: 1-866-956-6183
Fax: 813-994-0358
Local Phone: 813-991-1444 x 7004
Email: goldstein@<u>goldsteinandassociatesgroup.com</u>

Date: January 4, 2010

Name: Joshua P. Reed
Address: 3077 N 87TH Way
City & State: Scottsdale, AZ 85251

  Re: #27467-AZ
  Amount Due: $1015.22
  Claimant: GT SERVICES/CHASE MANHATTAN PIER1

This letter is to notify you that our office has been retained for legal recommendation.

The records of GT SERVICES/CHASE MANHATTAN PIER1 indicate that your account is now seriously past due and that you owe the balance indicated above.

**Credit Card Information: 5888-9641-3567-2957**

Please contact the office if you desire to take care of this matter on a voluntary basis. Failure to respond to this notification leaves us no alternative but to notify our client about your lack of concern with recommendations on how to proceed.


Sincerely,


Mr. Brian Knight
Goldstein & Associates Group, LLC


This correspondence is for the above mentioned parties and the above mentioned parties only. It is unlawful to withhold this notice from its correct delivery. This is an attempt to collect a debt and any information obtained will be used for that purpose.