1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JOSHUA REED,<br><br>    Plaintiffs,<br><br>vs.<br><br>GOLDSTEIN & ASSOCIATES GROUP, LLC,<br><br>    Defendant. | No. CV-10-114-PHX-GMS<br><br>**AMENDED JUDGMENT ORDER** |

    Pending before the Court is Plaintiff's Motion/Application for Default Judgment (Dkt. # 10).  After consideration,

    **IT IS HEREBY ORDERED** granting the Motion for Default and directing the Clerk of the Court to enter default judgment in favor of Plaintiff Joshua Reed and against Defendant Goldstein & Associates Group, LLC, in the amount of $4,263.20, itemized as follows: $1,000.00 in statutory damages pursuant to the FDCPA, 15 U.S.C. 1692k(a)(2)A, 15 U.S.C. § 1692k(a)(2)(A); $2,913.20 in attorneys' fees and $350.00 in

filing costs pursuant to 15 U.S.C. § 1692(k)(a(3) with interest thereon at the federal judgment rate from the time of entry of judgment.

Dated this 8th day of June, 2010.

_____
G. Murray Snow
United States District Judge